UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CVP-647-H

RONALD L. CURTIS                                                                      PETITIONER

V.

UNITED STATES OF AMERICA, et al.                                          RESPONDENTS

**MEMORANDUM OPINION AND ORDER**

  The Court has considered the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation as well as Petitioner's objections to that recommendation. The Court is in complete agreement with the Magistrate Judge's recommendations and being sufficiently advised,

  IT IS HEREBY ORDERED that the recommendation of the Magistrate Judge is ACCEPTED and the petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

  IT IS FURTHER ORDERED that Petitioner is DENIED a certificate of appealability under 28 U.S.C. § 2253(c) because, as the Magistrate Judge recommended, reasonable jurists could not debate the determination of this Court on the constitutional and procedural issues.

  This is a final and appealable order.

cc:     Ronald L. Curtis, *Pro Se*
            Counsel of Record
            Magistrate Judge Dave Whalin